CSD 2018 [03/26/99]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee (SBN 144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SAN DIEGO EASY CREDIT, LLC,

Debtor.

BANKRUPTCY NO. 15-07995-LT7

# REPORT OF ABANDONMENT OF REAL PROPERTY

Pursuant to Local Bankruptcy Rule 6007, the undersigned Trustee hereby reports and represents that:

1. On January 11, 2017, due notice of the Trustee's intent to abandon the property described herein was mailed to the debtor, the debtor's attorney and such other parties as required by Local Bankruptcy Rule 6007.

2. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3. The Trustee hereby abandons and forever disclaims any further interest in and to the following described real property of the debtor herein, to wit: (Provide full legal description and street address - use continuation sheet if necessary.)

3512 South Muirfield Rd., Los Angeles, CA 90016

4. The right of possession of the abandoned property is hereby relinquished to the debtor, to be assumed at no cost to the undersigned. Said abandonment is subject to and without prejudice to any rights of any entity holding a valid lien against the property or of any right of redemption that may be exercised by the debtor under 11 U.S.C. § 722.

I hereby declare under penalty of perjury that the foregoing statements are true to the best of my knowledge and belief.

DATED: February 10, 2017

/s/ Leslie T. Gladstone, Trustee
Signature of Trustee

CSD 2018

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 10th day of February, 2017, I served a true copy of the within REPORT OF ABANDONMENT OF REAL PROPERTY by [describe here mode of service]

VIA ELECTRONIC MAIL

on the following persons [set forth name and address of each person served]:

UNITED STATES TRUSTEE    (Via Email: ustp.region15@usdoj.gov)
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

Andrew H. Griffin, III , Law Offices of Andrew H. Griffin, III, 275 East Douglas Avenue, Suite 112 , El Cajon, CA 92020
Via Email: Griffinlaw@mac.com

Edward A. Treder, Barrett Daffin Frappier Treder & Weiss, 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765
Via Email: sdcaecf@BDFGroup.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2017
(Date)

/s/ Candi Collins
Typed Name and Signature)

401 Via Del Norte
(Address)

La Jolla, CA 92037
(City, State, ZIP Code)

CSD 2018